IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATIE DEBOER,

          Plaintiff,

    vs.

CLEARCOVER INSURANCE COMPANY,

          Defendant.

**8:24CV446**

**ORDER**

A settlement was reached by the parties on March 30, 2026. (Filing No. 39, Minute Entry).

**IT IS ORDERED:**

1. On or before April 29, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate any deadlines or hearings set for this case.

Dated this 31st day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge