IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATIE DEBOER,

Plaintiff,

vs.

CLEARCOVER INSURANCE COMPANY,

Defendant.

**8:24CV446**

**ORDER ON JOINT
MOTION AND STIPULATION FOR
DISMISSAL WITH PREJUDICE.**

This case is before the Court on the parties' Joint Motion and Stipulation for Dismissal with Prejudice. Filing 43. The parties jointly move for and stipulate to dismissal of this case with prejudice because all claims have been settled and resolved. Filing 43 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Motion and Stipulation for Dismissal with Prejudice, Filing 43, is accepted, and this case is dismissed with prejudice.

The Clerk of Court shall close the case.

Dated this 14th Day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge